DONALD BROWN v. THE PORT OF NEW YORK AUTHORITY.

May 14, 1974. Petition for certification denied.

STATE OF NEW JERSEY v. GWENDOLYN WILLIAMS.

May 14, 1974. Petition for certification denied.

ESTELLE WEINER v. HOWARD WEINER.

May 14, 1974. Petition for certification denied. (See 126 *N. J. Super.* 155).

STATE OF NEW JERSEY v. LUIS AMARO.

May 14, 1974. Petition for certification denied.

JOSE RODRIQUEZ v. BRINDS TRUCKING RENTAL, INC.

May 14, 1974. Petition for certification denied.

STATE OF NEW JERSEY v. THOMAS EARL NORTON.

May 14, 1974. Petition for certification denied.